IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOSEPH STANLEY TROTTER, IV, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | |
| ) | CIVIL ACTION NO. |
| STEVE STREICH, GREXCO ) | |
| TECHNOLOGY GROUP LLC, ALEX ) | 3:25-CV-1933-G-BT |
| VANTARAKIS, and BO EX ) | |
| PROPERTIES LLC, ) | |
| ) | |
| Defendants. ) | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate.

**SO ORDERED**.

February 19, 2026.

_____
**A. JOE FISH**
**Senior United States District Judge**